**Electronically Filed
Supreme Court
SCWC-10-0000101
05-SEP-2012
01:38 PM**

NO. SCWC-10-0000101

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

JAMES MUNDON, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-10-0000101; CR. NO. 05-1-0206)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, Acting C.J., Acoba, McKenna,
and Pollack, JJ., and Circuit Judge Nishimura,
in place of Recktenwald, C.J., recused)

The Application for Writ of Certiorari filed on July 25, 2012 by Petitioner/Defendant-Appellant James Mundon is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, September 5, 2012.

Stuart N. Fujioka,
for petitioner

Charles A. Foster,
for respondent

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Rhonda A. Nishimura

